ERIC GRANT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VADIM SYROPYATOV,<br><br>Defendant. | Case No. 1:25-po-00141-SAB<br><br>[Citation #E1463006 CA/74]<br><br>JOINT MOTION AND ORDER TO ALLOW TRAFFIC SCHOOL, PAYMENT OF FIXED-SUM IN LIEU OF APPEARANCE, AND VACATE TRIAL DATE |

The United States of America, by and through Eric Grant, United States Attorney, and Cody S. Chapple, Assistant United States Attorney, and Vadim Syropyatov, Defendant, by and through his counsel, William S. Kroger, hereby move this Court to allow traffic school, payment of fixed-sum in lieu of appearance, and vacatur of the trial date currently set for October 7, 2025, at 10:00 a.m.

The parties hereto respectfully request the Court to order, that Citation #E1463006 CA/74 be resolved by payment of a fixed-sum in lieu of Mr. Syropyatov's further appearance pursuant to Federal Rule of Criminal Procedure 58(d)(1) and Local Rule Crim. 410, upon his proof of completion of traffic school. Mr. Syropyatov meets the criteria for traffic school and the United States approves of traffic school if the Court is so inclined.

/ / /

/ / /

Further, upon the Court's approval of traffic school and Mr. Syropyatov's completion of said traffic school, the parties respectfully request that Mr. Syropyatov be allowed to pay a $250 forfeiture amount and a $30 processing fee for a total of $280.

DATED: August 27, 2025   Respectfully submitted,

ERIC GRANT
United States Attorney

By:   /s/ *Cody S. Chapple*
CODY S. CHAPPLE
Assistant United States Attorney

DATED: August 28, 2025   Respectfully submitted,

KROGER LAW GROUP

By:   /s/ *William S. Kroger*
WILLIAM S. KROGER
Attorney for Defendant
VADIM SYROPYATOV

**O R D E R**

IT IS HEREBY ORDERED that regarding Citation #E1463006 CA/74, Defendant Vadim Syropyatov shall attend traffic school and upon proof of completion of said traffic school, pay a fixed-sum forfeiture amount of $250 and a $30 processing fee for a total of $280.

IT IS FURTHER ORDERED that the trial set for October 7, 2025, at 10:00 a.m. be vacated.

IT IS SO ORDERED.

Dated:   **August 29, 2025**

STANLEY A. BOONE
United States Magistrate Judge